CHARLES D. JARRELL (SBN 172108)
cjarrell@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
865 S. Figueroa St., Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

JOSEPH M. TERRY (*pro hac vice*)
jterry@wc.com
MATTHEW D. HEINS (*pro hac vice*)
mheins@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SECRETARIAT ADVISORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>HKA GLOBAL LIMITED and TOBY HUNT,<br><br>Defendants. | Case No.: 2:21-cv-02117<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT** |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

# PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff Secretariat Advisors LLC ("Secretariat"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in its Complaint against defendants HKA Global Limited ("HKA") and Toby Hunt ("Hunt") without prejudice.

HKA and Hunt have filed neither an answer nor a motion for summary judgment as to these claims. Dismissal without prejudice under Rule 41(a)(1)(A)(i) is therefore appropriate.

DATED: June 25, 2021          Respectfully submitted,


By: /s/ Charles D. Jarrell
Charles D. Jarrell (SBN 172108)
cjarrell@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 S. Figueroa St., Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555
Facsimile: (213) 620-8816


WILLIAMS & CONNOLLY LLP
Joseph M. Terry (*pro hac vice*)
Matthew D. Heins (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jterry@wc.com
mheins@wc.com

*Attorneys for Secretariat Advisors LLC*

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 25, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated:  June 25, 2021                        /s/ Charles D. Jarrell
                                                           Charles D. Jarrell